AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM11:2
RECEIVED MAR 13 '24

United States of America
v.
HERNAN DOMINGO OJEDA LOPEZ,
also known as "Domingo Hernan Ojeda Lopez," and "Coralles,"

*Defendant*

)
)
)
)
)
)

Case: 1:24-cr-00125
Assigned To : Judge Ana C. Reyes
Assign. Date : 3/12/2024
Description: Indictment (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Hernan Domingo Ojeda Lopez, also known as "Domingo Hernan Ojeda Lopez," and "Coralles",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Manufacture and Distribute Four Hundred Grams or More of Fentanyl for Importation into the United States, in violation of Title 21 U.S.C. §§ 959(a), 960, and 963.

Forfeiture Allegation: Title 21 U.S.C. §§ 853 and 970

Date: 03/12/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Hon. Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/13/2024, and the person was arrested on *(date)* 08/13/2025
at *(city and state)* Washington DC

Date: 08/13/2025

*Arresting officer's signature*

KEH, Kenneth DUSM
*Printed name and title*